UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COTTRELL BROADNAX,

Plaintiff,

v.

GAVIN NEWSOM, et al.,

Defendants.

Case No.  25-cv-00906-JSW

**ORDER OF TRANSFER**

Plaintiff, a California prisoner proceeding pro se, filed this civil rights action under 42 U.S.C. § 1983.  Plaintiff is located at Kern Valley State Prison ("KVSP").  He complains about events that allegedly took place at KVSP, where most Defendants are located.[1]

When, as here, jurisdiction is not founded on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same state, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought.  28 U.S.C. § 1391(b).  Where a case is filed in the wrong venue, the district court has the discretion either to dismiss the case or transfer it to the proper federal court "in the interest of justice."  28 U.S.C. § 1406(a).

Plaintiff's allegations arise out of events occurring at KVSP, and the allegedly responsible officials are located there.  KVSP within the venue of the United States District Court for the Eastern District of California.   *See* 28 U.S.C. § 84.

---

[1] Plaintiff includes the California Governor and the Secretary of the California Department of Corrections and Rehabilitation, both of whom are located in Sacramento County, also in the Eastern District of California.

United States District Court
Northern District of California

1       Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this case is

2   TRANSFERRED to the United States District Court for the Eastern District of California.

3       The Clerk of the Court shall transfer this matter forthwith.

4       **IT IS SO ORDERED.**

5   Dated: February 27, 2025

6

7                                                           _____
8                                                           JEFFREY S. WHITE
                                                            United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28